HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY S. LAKE-SEIBERT,

    Plaintiff,

  v.

MEGAN J. BRENNAN, in her capacity as Postmaster General of the United States,

    Defendant.

CASE NO. C15-925RAJ

ORDER

This matter comes before the court on Plaintiff's motion for the appointment of counsel. Dkt. # 6. For the reasons stated below, the court DENIES the motion.

There is no right to appointed counsel in civil cases. In civil cases involving litigants proceeding in forma pauperis, the court has discretion to appoint counsel, but only in exceptional circumstances. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009); 28 U.S.C. § 1915(e). The court must consider the likelihood that the litigant will succeed on the merits as well as the litigant's ability to articulate his claims in light of their complexity. *Palmer*, 560 F.3d at 970.

In this case, Plaintiff seeks to pursue federal employment discrimination claims against her former employer, the United States Postal Service. She has already brought those claims before the Equal Opportunity Employment Commission, which issued a written decision on May 13, 2015. That decision found that Plaintiff had not timely pursued her administrative remedies, and thus could not obtain relief. Neither Plaintiff's

ORDER – 1

complaint nor her motion for appointment of counsel addresses her failure to timely exhaust her administrative remedies, and the court has no basis to conclude she is likely to overcome that obstacle to pursuing relief.

The court advises Plaintiff that as a pro se litigant, she is responsible for pursuing her claims, including meeting court deadlines and complying with the court's local rules. She will find resources for pro se parties, including the court's local rules, at the court's website, at www.wawd.uscourts.gov.

DATED this 14th day of July, 2015.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2